## Commonwealth *v.* Baker, Appellant.

Argued June 10, 1975. *Henry F. Gingrich,* for appellant; *James R. Leonard, Jr.,* Assistant District Attorney, with him *Louise G. Herr,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Bara, Appellant.

Argued June 12, 1975. *Eugene A. Kestenbaum,* Assistant Public Defender, for appellant; *Peter F. Schenck,* Assistant District Attorney, *Stephen B. Harris,* First Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Black, Appellant.

Argued June 12, 1975. *John S. Neal, Jr.,* with him *Neal & Patton,* for appellant; *Jeffrey P. Garton,* Assistant District Attorney, *Stephen B. Harris,* First Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.